UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIE PABLO DOSORETZ, AMY FOX,
JAMES H. RUBENSTEIN and
MICHAEL J. KATIN,

        Plaintiffs,

v.                                       Case No.:  2:19-cv-162-FtM-99UAM

21ST CENTURY ONCOLOGY
HOLDINGS, INC., 21ST CENTURY
ONCOLOGY, LLC and 21ST
CENTURY ONCOLOGY, INC.,

        Defendants.

                                      /

## ORDER[1]

This matter comes before the Court on the Parties' Joint Motion for Temporary Standstill of Action Pending Resolution of Bankruptcy Motion (Doc. 35) filed on June 6, 2019. The parties request that the Court stay the case pending a ruling by the Bankruptcy Court on Defendants' Motion to Enforce in the underlying bankruptcy case, which is now scheduled for hearing on July 29, 2019. Upon review of the case and because the parties agree, the stay will be granted. Because issues pending before the Bankruptcy Court could affect the parties' positions in this case, the Court will deny the pending Motion to Stay and Dismiss without prejudice to refiling after the stay is lifted, if appropriate.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1)     The Parties' Joint Motion for Temporary Standstill of Action Pending Resolution of Bankruptcy Motion (Doc. 35) is **GRANTED**.

(2)     All proceedings in this case are **STAYED** pending a ruling by the Bankruptcy Court on Defendants' Motion to Enforce or until the parties advise the Court that the stay is due to be lifted.  The parties must notify the Court of such matters within **seven (7) days** of the bankruptcy proceedings concluding.

(3)     The Clerk of Court is **DIRECTED** to add a stay flag to the case.

(4)     Defendants' Motion to Stay Proceedings (Doc. 13) and Defendants' Motion to Dismiss (Doc. 19) are **denied without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of June, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2